LAZARO RODRIGUEZ et al., Individually and as Parents and Natural Guardians of CHRISTINA RODRIGUEZ, an Infant, Appellants, v WHITE FENCE FARM, LTD., et al., Respondents. [855 NYS2d 384]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered January 30, 2007. The order, inter alia, denied that part of plaintiffs' motion to strike the answer.

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties on April 21, 2008,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Martoche, Smith, Lunn and Peradotto, JJ.